DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KATHLEEN BALDWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0272

_____

May 8, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Emily Ross-Booker, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Senior Assistant Attorney General, Tampa; and Cerese Crawford Taylor, Senior Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.